UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN (A)

U.S. District Court
Wisconsin Eastern
FEB 03 2025
FILED
Clerk of Court

Cornelius Bobo

V

P.O. Carson Carlise, P.O Rafael Villagomez, SGT Justin Schwarznuber
P.O. Juliana Nailen, P.o. Shaundae Mcintosh.

Complaint
Civil Action No: 25CV171

I. Jurisdiction + Venue (B)

1. This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under the color of state law, of the rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C, section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. section 2201 & 2202. Plaintiffs claim for injunctive relief are authorized by 28 U.S.C. Section 2283 + 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The United States District Court Eastern District of Wisconsin is an appropriate venue under 28 U.S.C. Section 1391(G)(2) because it is where the events giving rise to this claim occured.

II. PLAINTIFF (C)

3. Plaintiff Cornelius Bobo, is and was at all times mentioned herein a detainee at the Community Reintegration Center. He is currently confined in Milwaukee County Community Reintegration Center, in the Franklin Wisconsin.

III Defendants (D)

4. Defendant SGT Justin Schwarzweber was the lead offizer in Milwaukee County District 7 at time of incedent was resposible for the overall operation of the investagation and it jurisdiction.

5. Defendant's P.O Carson Carlise, Po Rafael Villagomez, P.O Juliana Nailen, P.O. Shaundae Mcintosh are all offizers of the 7th district who at all times held rank of Police Offizer/Peace Officer and was assigned to patrol at time of incedent.

6. Each defendant is sued individually and in his/her official capacity. At all times mentioned in this complaint, each defendant acted under the color of state law.

IV FACTS (E)

7. On Aug. 30 2024 at approximatly 20:32 hundred hr's A despute between Plaintiff and significant other transpired. In the heat of this despute Plaintiff was stabbed 8 times by significant other. Upon Arrival of the 7th district Defendants in this case Plaintiff was arrested and the wounds where over looked. Meaning the was medical needs igrored.

V Legal Claim (F)

8. The lack of concern for the Plaintiff was clearly deliberate indifference to medical needs, unsafe conditions as defendant could have bleed out and died in the custody of the defendants, this is a violation of the 8th and 14th Amendment of the United States Constitution.

9. The Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

VI. Prayer For Relief (G)

WHEREFORE, Plaintiff respectfully prays that this court enter Judgement granting plaintiff:

10. A declaration that the acts and omissions described herein violated plaintiffs rights under the Constitution and laws of the United States.

11. Compensatory damages in the amount of $500,000.00 against each defendant, jointly and severally.

11. Punitive damages in the amound of $500,000.00 against each defendant.

12. A jury trial on all issues triable by jury

13. Plaintiff's cost in this suit

14. Any additional relief this court deems just, proper, and equitable.

DATE: ____________________ (H)

Respectfully submitted
Cornelius Bobo
CRC
8885 S 68TH St
Franklin WI 53132

Verification (I)

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Franklin WISCONSIN on 1-29-25
Cornelius BOBO

Cornelius Bobo